IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 19-1468-CJN |

# JOINT STATUS REPORT

Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant U.S. Department of State ("State" or the "Department") respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

1. As the parties previously reported, the parties have resolved the remaining issues in this case, except for fees and costs.

2. To allow time for the parties to continue to confer on this issue of fees and costs, the parties respectfully propose filing a further joint status report in approximately 60 days or by November 26, 2024, to appraise the Court as to the status of this case.

\* \* \*

Respectfully submitted,

| | |
|---|---|
| Alan Butler, D.C. Bar # 1012128<br>EPIC President and Executive Director | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney |
| /s/ Jeramie D. Scott<br>JERAMIE D. SCOTT, D.C. Bar # 1025909<br>EPIC Senior Counsel<br>ELECTRONIC PRIVACY INFORMATION CENTER<br>1519 New Hampshire Ave, N.W.<br>Washington, D.C. 20036<br>(202) 483-1140 (telephone)<br>(202) 483-1248 (facsimile)<br><br>*Counsel for Plaintiff* | BRIAN P. HUDAK<br>Chief, Civil Division<br><br>/s/ Anna D. Walker<br>ANNA D. WALKER<br>Assistant United States Attorney<br>United States Attorney's Office<br>Civil Division<br>601 D. Street NW<br>Washington, DC  20530<br>(202) 252-2544<br>anna.walker@usdoj.gov<br><br>*Counsel for Defendant* |

DATED: September 24, 2024